UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTHER GRIZELDA TOE-MCPHERSON,

    Plaintiff,

v.     Case No: 5:24-cv-327-JSM-PRL

LAKEVIEW HEALTHCARE SYSTEMS,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 45). Plaintiff failed to retained counsel or file a notice of her intention to proceed pro se, and the time to do so has now passed. Plaintiff has therefore failed to comply with the Court's June 27, 2025 Order, and has not otherwise demonstrated her desire to prosecute this case in compliance with the Local Rules. The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 45) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate.

2. This case is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule 3.10.

3. All pending motions are DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record